UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61503-CIV-ZLOCH

GLENDA JAMES-WILLIAMS,

    Movant,

vs.                                                          **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 11) filed herein by United States Magistrate Judge Patrick A. White and Movant Glenda James-Williams's Response to Magistrate's Recommendation, which the Court construes as Movant's Objection to Magistrate Judge's Report. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Movant Glenda James-Williams's Response to Magistrate's Recommendation, which the Court construes as Movant's Objection to Magistrate Judge's Report, be and the same is hereby **OVERRULED**;

    2. The Report Of Magistrate Judge (DE 11) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

    3. Glenda James-Williams's Motion Under 28 U.S.C. 2255 To

Vacate, Set Aside, Or Correct Sentence (DE 1) be and the same is hereby **DENIED**; and

    4. Final Judgment will be entered by separate Order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of September, 2010.

_____
WILLIAM J. ZLOCH
United States District Judge


Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Glenda James-Williams, <u>Pro Se</u>
Reg. No. 77822-004
FCC-Coleman (Low)
Inmate Mail
P.O. Box 1031
Coleman, FL 33521